HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| MARC BENSIMON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CASCADIAN THERAPEUTICS, INC.; CHRISTOPHER S. HENNEY; ROBERT W. AZELBY; GWEN A. FYFE; STEVEN P. JAMES; TED W. LOVE; SCOTT D. MYERS; DANIEL K. SPIEGELMAN; SEATTLE GENETICS, INC.; and VALLEY ACQUISITION SUB, INC.,<br><br>Defendants. | No. 2:18-cv-00248-JCC<br><br>NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a) |

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff in the above-captioned case dismisses this litigation with prejudice as to the named Plaintiff and without prejudice as to the proposed class. Dismissal pursuant to FRCP 41(a) is proper because no class is certified. For the avoidance of doubt, this dismissal is without prejudice to any putative class members. No monetary compensation in any form has passed directly or indirectly to the named Plaintiff or his attorneys, and no promise or agreement to give any such compensation has been made, in exchange for this dismissal.

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a) - 1
(No. 18-cv-00248-JCC)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

DATED: May 24, 2018.

                BRESKIN JOHNSON TOWNSEND, PLLC

                By: *s/Roger Townsend*
                     Roger Townsend, WSBA #25525
                     1000 Second Avenue, Suite 3670
                     Seattle, WA 98104
                     206-652-8660 Phone
                     rtownsend@bjtlegal.com

                OF COUNSEL:

                BRODSKY & SMITH LLC
                Evan J. Smith
                Marc L. Ackerman
                Two Bala Plaza, Suite 510
                Bala Cynwyd, PA  19004
                610-667-6200 Phone
                610-667-9029 Fax
                esmith@brodskysmith.com
                mackerman@brodskysmith.com

                *Attorneys for Plaintiff*

NOTICE OF VOLUNTARY DISMISSAL
PURSUANT TO FRCP 41(a) - 2
(No. 18-cv-00248-JCC)

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104  Tel: 206-652-8660

CERTIFICATE OF SERVICE

I hereby certify that on this date I filed the foregoing document with the Clerk of the Court using the court's ECF filing system which will automatically serve the filing on registered ECF users.

DATED May 24, 2018, at Seattle, Washington.

*s/Leslie Boston*
Leslie Boston, Paralegal

BRESKIN | JOHNSON | TOWNSEND PLLC
1000 Second Avenue, Suite 3670
Seattle, Washington 98104 Tel: 206-652-8660